

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00582-CR

Joseph Anthony **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12469A
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 31, 2018.

_____
Rebeca C. Martinez, Justice